IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUANITA DURIO-THOMAS and
RANDY THOMAS,

    Plaintiffs,

vs.                                     Case No. 1:13-cv-00779

MARRIOTT INTERNATIONAL INC.,
COLUMBIA SUSSEX CORPORATION,
COLUMBIA SUSSEX MANAGEMENT, LLC
COLUMBIA PROPERTIES ALBUQUERQUE, LLC,
D/B/A CIELO SANDIA RESTAURANT, STEVEN
SCHWARTZ and JOHNNY VALDEZ,

    Defendants.

## ACCEPTANCE OF SERVICE

The undersigned does hereby accept service of the Complaint to Recover Damages for Personal Injury and Loss of Consortium filed in the Second Judicial District Court for the County of Bernalillo on July 19, 2013, and removed to United States District Court on August 21, 2013, by and on behalf of DEFENDANT STEVEN SCHWARTZ.

DATED this 22nd day of November, 2013.

Respectfully submitted,

ARCHIBEQUE LAW FIRM, LLC

*/s/ Ronald C. Archibeque*_____
Ronald C. Archibeque
P.O. Box 94837
Albuquerque, NM 87199
(505) 750-2363
Fax: 505/792-6084

ron@archibequelawfirm.com
*Attorney for Corporate Defendants and*
*Defendant Steven Schwartz*

I hereby certify that on this 22nd day of November, 2013 the foregoing was electronically filed and served through the CM/ECF system to the following:

Joshua K. Conaway, Esq.
FADDUOL, CLUFF & HARDY, P.C.
1020 Lomas Blvd., NW, Suite 3
Albuquerque, NM 87102
(505) 243-3588
Fax: 505/243-6642
jconaway@fadduollaw.com
*Attorney for Plaintiffs*

*/s/ Ronald C. Archibeque*_____
Ronald C. Archibeque